IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELECOMM INNOVATIONS, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>RICOH COMPANY, LTD., RICOH<br>AMERICAS CORPORATION, LANIER<br>WORLDWIDE, INC., and SAVIN<br>CORPORATION,<br><br>        Defendants. | Civil Action No. 1:12-cv-1277-SLR<br><br>JURY TRIAL REQUESTED |

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, that all claims brought by Plaintiff Telecomm Innovations, LLC against Defendants Ricoh Company, Ltd., Ricoh Americas Corporation, Lanier Worldwide, Inc., and Savin Corporation in the above action are hereby dismissed with prejudice and all counterclaims brought by Defendants against Plaintiff in the above-captioned action are hereby dismissed without prejudice, by agreement of the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses and attorneys' fees.

STAMOULIS & WEINBLATT LLC

/s/ Richard C. Weinblatt_____
Stamatios Stamoulis (#4606)
      stamoulis@swdelaw.com
Richard C. Weinblatt (#5808)
      weinblatt@swedlaw.com
Two Fox Point Centre
6 Denny Road, Ste. 307
Wilmington, DE 19809
(302) 999-1540
*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs_____
Karen Jacobs (#2881)
Michael J. Flynn (#5333)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
kjacobs@mnat.com
mflynn@mnat.com
*Attorneys for Defendants Ricoh Company, Ltd.,*
*Ricoh Americas Corporation, Lanier Worldwide,*
*Inc. and Savin Corporation*


      IT IS SO ORDERED this _____ day of _____, 2013.


_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2013, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

 /s/ Richard C. Weinblatt
Richard C. Weinblatt #5080